IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JIHAD MUHAMMAD-BEY,

    Petitioner,

v.

JOHN W. HAVILAND,

    Respondent.

No. C-10-00667 TEH (PR)

ORDER TO RE-SEND DOCUMENTS

On August 6, 2012, this Court issued an Order Denying Petition for Writ of Habeas Corpus and a Judgment in favor of Respondent. See Docket ## 16, 17. These documents were sent to Petitioner at the address he had listed with the Court, which was California State Prison-Solano, located in Vacaville, California. On August 21, 2012, this mail was returned as undeliverable. On December 12, 2012, Petitioner sent a letter to the Court with his new address which is San Quentin State Prison, 4W-29, San Quentin, California.

Because Petitioner did not receive the Court's orders, the Clerk of the Court is ordered to re-send them to Petitioner at his current address.

IT IS SO ORDERED.

DATED  *12/18/2012*

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\HC.10\Bey Re-send Ord.wpd